**State of Minnesota**

Filed in District Court
State of Minnesota
2021 NOV 12 P 1:02

County: HENNEPIN

**District Court**

Judicial District: 4th
Court File Number: 27-CV-21-13918
Case Type: Personal Injury

Plaintiff: Tonie Hamilton TORBOH

vs

**Civil Complaint**

Defendant: U.S. Small Business Administration
U.S. Small Business Administration

The Plaintiff makes the following complaints against the Defendant:

If you have more than 1 complaint against Defendant, list each complaint separately, including any supporting facts.

1. I applied for a loan and it was approved. I applied on June-7-2020 And Approved on June-14-2020. I signed all the approved documents but up to Now No Money.
2. at the time I applied I sumitted all the documents at the the loan was Approved, the money was send to my Account but my bank send it Back because It was not an being
3. on Oct-6-2021 I received an email that the loan, Acount the Approved has been withdrawal, I never ask them to withdrawal my loan, this has cause me a lot.
4. Am Having Sleepless nights, headache, stress and weakness because of this. I am also recovered from Covid 19 too.
5. For any other relief the court feels is fair and equitable.

Based on the complaints above, Plaintiff demands the following relief:

1. $150,000 for discrimination against me, and my Business.
2. $150,000 for all the pain and suffering that the SBA has cause me, like (1) sleepless nights, headache, stress and weakness.
3. $100,000 for loss of Business.

**GOVERNMENT EXHIBIT A**


4. $600.00 for court cost.
   Total Amount is $350,600. dollars

*Add another page if more space is needed. Do not use the back of the paper.*

## ACKNOWLEDGMENT

By presenting this form to the court, I certify that to the best of my knowledge, information, and belief, the following statements are true. I understand that if a statement is not true, the court can order a penalty against me (such as to pay money to the other party, pay court costs, and/or other penalties).

1. The information I included in this form is based on facts and supported by existing law.

2. I am not presenting this form for any improper purpose. I am not using this form to:
   a. Harass anyone;
   b. Cause unnecessary delay in the case; or
   c. Needlessly increase the cost of litigation.

3. No judicial officer has said I am a frivolous litigant.

4. There is no court order saying I cannot serve or file this form.

5. This form does not contain any "restricted identifiers" or confidential information as defined in Rule 11 of the General Rules of Practice (https://www.revisor.mn.gov/court_rules/gp/id/11/) or the Rules of Public Access to Records of the Judicial Branch (https://www.revisor.mn.gov/court_rules/rule/ra-toh/).

6. If I need to file "restricted identifiers," confidential information, or a confidential document, I will use Form 11.1 and/or Form 11.2, as required by Rule 11.

11-10-2021
Date

Signature
Name: Tonie H Torboh
Address: 7460 Kentucky Ave 201
City, State, Zip: Brooklyn Park MN 55428
Telephone: 763-204-3508
E-mail: tonietorboh@gmail.com

AT
2 of 3

On June 7th 2020 I applied for a SBA small business loan on June 14th 2020 the loan was approved, I have submitted all documents that were required of me. The loan was sent to my business account which I made a mistake and put my personal account so they send the money back. SBA ask me to send my business account so they can send the loan back up to now they have never send the loan back, they have been causing me headache stress sleepless nights being suffering and discriminating against me and my business. My loan was approved my grant was approved I'm suing them for my loan my grant the pain the suffering stress and discrimination that they have caused me. I'm showing them in the amount above in my claim at the court at the trial I will present all evidence doctor's papers to prove that they have caused me problems and have caused me stressed after I have paid money to my staff thinking I will get this money. I have lost my business because of that I have lost my business account I have lost my stuff I've lost a lot not to mention it I was a victim of covid-19 I just recovered so for all of this reason that's why I'm suing them thank you.

Tonic Torboh,

**State of Minnesota**

Filed in District Court
State of Minnesota
2021 NOV 12  P 1: 02

**District Court**

County: HENNEPIN

Judicial District: 4th
Court File Number: 27-CV-21-13918
Case Type: Personal Injury

Tonie Hamilton Torboh
Plaintiff

vs

U.S. Small Business Adm
Defendant

**Civil Summons**

This Summons is directed to (name of Defendant):
U.S. Small Business Administration

1. **You are being sued.** The Plaintiff has started a lawsuit against you. The *Complaint* is attached to this *Summons*. Do not throw these papers away. They are official papers that start a lawsuit and affect your legal rights, even if nothing has been filed with the court and even if there is no court file number on this *Summons*.

2. **You must BOTH reply, in writing, AND get a copy of your reply to the person/business who is suing you within 21 days to protect your rights.** Your reply is called an *Answer*. Getting your reply to the Plaintiff is called service. You must serve a copy of your *Answer* or *Answer and Counterclaim* (Answer) within 21 days from the date you received the *Summons* and *Complaint*.

   ANSWER: You can find the *Answer* form and instructions on the MN Judicial Branch website at www.mncourts.gov/forms under the "Civil" category. The instructions will explain in detail how to fill out the *Answer* form.

3. **You must respond to each claim.** The *Answer* is your written response to the Plaintiff's *Complaint*. In your *Answer* you must state whether you agree or disagree with each paragraph of the *Complaint*. If you think the Plaintiff should not be given everything they asked for in the *Complaint*, you must say that in your *Answer*.

4. SERVICE: **You may lose your case if you do not send a written response to the Plaintiff.** If you do not serve a written *Answer* within 21 days, you may lose this case by default.

You will not get to tell your side of the story. If you choose not to respond, the Plaintiff may be awarded everything they asked for in their *Complaint*. If you agree with the claims stated in the *Complaint*, you don't need to respond. A default judgment can than be entered against you for what the Plaintiff asked for in the *Complaint*.

To protect your rights, you must serve a copy of your *Answer* on the person who signed this *Summons* in person or by mail at this address:

Tonie H Torboh 7640 Kentucky Ave N Brooklyn Park 55428

5. Carefully read the Instructions (CIV301) for the *Answer* for your next steps.

6. **Legal Assistance.** You may wish to get legal help from an attorney. If you do not have an attorney and would like legal help:

- Visit www.mncourts.gov/selfhelp and click on the "Legal Advice Clinics" tab to get more information about legal clinics in each Minnesota county.
- Court Administration may have information about places where you can get legal assistance.

**NOTE: Even if you cannot get legal help, you must still serve a written *Answer* to protect your rights or you may lose the case.**

7. **Alternative Dispute Resolution (ADR).** The parties may agree to or be ordered to participate in an ADR process under Rule 114 of the Minnesota Rules of Practice. You must still serve your written *Answer*, even if you expect to use ADR.

11-10-2021
Date

Signature

Name: Tonie H Torboh
Address: 7460 Kentucky Ave 201
City, State, Zip: Brooklyn Park MN 55428
Telephone: 763-204-3508
E-mail: tonietorboh@gmail.com

Filed in District Court
State of Minnesota

**State of Minnesota** — **District Court**

County of: **Hennepin**

2021 NOV 12 P 1:02

Judicial District: **4th**
Court File Number: **27-CV-21-13918**
Case Type: **Personal Injury**

Petitioner/Plaintiff (first, middle, last): **Tonie Hamilton Torboh**

**Affidavit of Personal Service**

and / vs

Respondent/Defendant (first, middle, last): **U.S. Small Business Adm.**

I, **Tonie Torboh**, state that I am at least 18 years of age
(Name of person who hand-delivered documents)

having been born on **01-17-198?** and that on **Nov/12/2021** I served the

**Court Paperwork by U.S. Mail.**
(list all papers handed to the other party)

upon **U.S. Small Business Admin.**
(Name of other party)

by handing a true and correct copy of the documents to him/her at

**5601 Edinbrook Ter Brooklyn Park MN 55443**
(street address, city, state)

I declare under penalty of perjury that everything that I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: **Nov/12/2021**

Signature: _[signed]_
Name: **Tonie Torboh**
Address: **7460 Kentucky Ave**
City/State/Zip: **2011 Brooklyn Park MN**
Telephone: **763-204-3508**
E-mail address: **tonietorboh@gmail.com**

County and State where signed

Filed in District Court
State of Minnesota

**State of Minnesota**  **District Court**

| County of Hennepin | 2021 NOV 12 P :03 | Judicial District: 4th <br> Court File Number: 27-CV-21-13918 <br> Case Type: Personal Injury |

Plaintiff (first, middle, last): Lonie Hamilton Torboh

vs.

Defendant (first, middle, last): U.S. Small Business Administration

**Civil Cover Sheet**
**(Non-Family Case Type)**
Minn. Gen. R. Prac. 104

Date Case Filed: _____

This civil cover sheet must be filed by the initial filing lawyer or party, if unrepresented by legal counsel, unless the court orders all parties or their legal counsel to complete this form. Once the initial civil cover sheet is filed, opposing lawyers or unrepresented parties who have not already been ordered to complete this form may submit their own cover sheet within 7 days after being served with the initial cover sheet. See Rule 104 of the General Rules of Practice for the District Courts.

**If information is not known to the filing party at the time of filing, it shall be provided to the Court Administrator in writing by the filing party within 7 days of learning the information.** Any party impleading additional parties shall provide the same information to the Court Administrator. The Court Administrator shall, upon receipt of the completed certificate, notify all parties or their lawyers, if represented by counsel, of the date of filing the action and the file number assigned.

ATTORNEY FOR PLAINTIFF

Attorney Name (not firm name): N/A
Postal Address: N/A
City / State / Zip Code: N/A
Telephone Number: N/A
E-mail Address: N/A
Minnesota Attorney ID Number: N/A

ATTORNEY FOR DEFENDANT

Attorney Name (not firm name):
Postal Address:
City / State / Zip Code:
Telephone Number:
E-mail Address:
Minnesota Attorney ID Number:

CIV117    State    ENG    Rev 1/20    www.mncourts.gov/forms    Page 1 of 4

| PLAINTIFF, Self-represented | DEFENDANT, Self-represented |
|---|---|
| Tonie Hamilton Torboh <br> Name | Name |
| 7640 Kentucky Ave 201 <br> Postal Address | Postal Address |
| Brooklyn Park MN 55428 <br> City    State    Zip Code | City    State    Zip Code |
| 763-204-3508 <br> Telephone Number | Telephone Number |
| tonietorboh@gmail.com <br> E-mail Address | E-mail Address |

(Attach additional sheets for additional attorneys / parties)

Note: If either Plaintiff or Defendant gets an attorney, the attorney's name, address, telephone number and attorney ID number must be given in writing to the Court Administrator immediately.

1. Provide a concise statement of the case including facts and legal basis:

   _____
   _____
   _____

2. Date Complaint was served: _____

3. For Expedited Litigation Track (ETLT) Pilot Courts only:

   a. ☐ The parties jointly and voluntarily agree that this case shall be governed by the Special Rules of ELT Pilot. Date of agreement: _____

   b. ☐ The court is requested to consider excluding this case from ELT for the following reasons:

   _____
   _____
   _____

Note: ELT is mandatory in certain cases, and where mandatory, exclusion may also be sought by timely motion under the Special Rules for ELT Pilot.

    c. ☐ Anticipated number of trial witnesses: _____

    d. ☒ Amount of medical expenses to date: TBD

    e. ☒ Amount of lost wages to date: TBD

    f. ☐ Identify any known subrogation interests: _____

4. For Complex Cases (See Minn. Gen. R. Prac. 146):

    a. Is this case a "complex case" as defined in Rule 146? ☐ Yes ☐ No

    b. State briefly the reasons for complex case treatment for this case:

    _____

    _____

    _____

    c. Have the parties filed a "CCP Election" for this case as provided in Rule 146(d)?
    ☐ Yes ☒ No

5. Estimated discovery completion within _____ months from the date of this form.

6. Disclosure/discovery of electronically stored information discussed with other party?

    ☒ No ☐ Yes   Date of discussion: _____

    If yes, list agreements, plans and disputes:

    _____

    _____

    _____

7. Proposed trial start date: Dec - 17 - 2021

8. Estimated trial time: 1 days 2-4 hours (estimates less than a day must be stated in hours).

9. Jury trial is:

    ⦿ waived by consent of Tonie Torch pursuant to Minn. R. Civ. P. 38.02.
    (specify party)

    ○ requested by _____ (NOTE: Applicable fee must be enclosed)
    (specify party)

10. Physical/mental/blood examination pursuant to Minn. R. Civ. P. 35 is requested.
    ☐ Yes ☒ No

11. Identify any party or witness who will require interpreter services, and describe the services needed (specifying language, and if known, particular dialect):

_____Payment to me -_____

12. Issues in dispute:

_____
_____
_____

13. Case Type/Category: _____ (NOTE: select case types from the Civil Case Type Index found at http://www.mncourts.gov/mncourtsgov/media/scao_library/documents/eFile%20Support/Handout-Case-Type-Index.pdf.)

14. Recommended Alternative Dispute Resolution (ADR) mechanism: __N/A__
(See list of ADR processes set forth in Minn. Gen. R. Prac. 114.02(a))
Recommended ADR provider (known as a "neutral") __N/A__
Recommended ADR completion date: __N/A__
If applicable, reasons why ADR not appropriate for this case: __N/A__

By signing below, the attorney or party submitting this form certifies that the above information is true and correct.

Submitted by:
Signature: _[signature]_
Name: Tonie Hamilton Jorbon
Attorney Reg. #: N/A
Firm/Agency Name: N/A
Street Address: 7640 Kentucky Ave 201
City/State/Zip Code: Brooklyn Park MN 55427
Telephone: 763-204-3508
Date: 11-10-2021